40706.   REVELL v. STATE OF GEORGIA et al.

FELTON, Chief Justice.   It appearing from the record that there was neither service of the bill of exceptions upon the defendants in error or their attorneys, nor waiver or acknowledgment thereof, this court is without jurisdiction. *Atlanta Newspapers, Inc. v. Watts,* 92 Ga. App. 843 (1) (90 SE2d 52) ; *Crane v. Balkcom,* 217 Ga. 288 (122 SE2d 82).

*Writ of error dismissed.   Frankum and Pannell, JJ., concur.*

DECIDED MAY 11, 1964.

Charles Revell, *pro se.*
*George D. Lawrence, Solicitor General,* contra.